KRISTINA WILDEVELD, ESQ.
Nevada Bar No. 5825
THE LAW OFFICES OF KRISTINA WILDEVELD
615 S. 6th St.
Las Vegas, NV 89101
Phone (702) 222-0007
Fax (702) 222-0001
Attorney for Defendant ELENA WOODARD

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-cr-00481-JCM-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| ELENA WOODARD, | |
| Defendant. | |

Upon the Motion made by Defendant for early termination of supervised release, the matter having come before the Court on the 18th day of December, 2012 on for hearing, and good cause having been shown, the Court hereby GRANTS Defendant's Motion.

**IT IS HEREBY ORDERED** that Defendant's Second Motion for Early Termination of Supervised Release filed under seal on November 8, 2012 is **GRANTED**.

DATED January 4, 2013.

_____
James C. Mahan
United States District Judge

SUBMITTED BY:

_____
KRISTINA WILDEVELD, ESQ.

1